JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONUMENTAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff-in-Interpleader,<br><br>vs.<br><br>TERRY BUTLER, et al.<br><br>　　　　　Defendants-in-Interpleader. | CASE NO. CV 13-01861 MMM (PJWx)<br><br>JUDGMENT FOR DEFENDANT-IN-INTERPLEADER AND CROSS-COMPLAINANT TERRY BUTLER |
| TERRY BUTLER,<br><br>　　　　　Cross-Complainant,<br><br>vs.<br><br>MONUMENTAL LIFE INSURANCE COMPANY, LIFE SERVICES INC., MARGARET BOHLMAN, BLANCH OXIDEAN TRUST, GLENN BURTON, JERMAINE BURTON, and DOES 1 through 5, inclusive,<br><br>　　　　　Cross-Defendants. | |

On July 23, 2013, the court entered an order dismissing defendants-in-interpleader Life Services, Inc. and Glenn Burton from the action. On September 13, 2013, the court entered an order *sua sponte* entering summary judgment against defendant-in-interpleader Sonya Jones and awarding the policy proceeds to Butler. That order also discharged Monumental from all liability, enjoined any future proceedings against Monumental by defendants related to the life insurance

proceeds, and dismissed Monumental from the action. Finally, on September 11, 2013, the court entered an order of a stipulation between Monumental and Butler that, *inter alia*, dismissed all of Butler's counterclaims with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED:

1. That Monumental Life Insurance Company be discharged from all liability in connection with the life insurance proceeds that are the subject of this action and dismissed;

2   That all defendants-in-interpleader be enjoined from instituting any litigation against Monumental related to the life insurance proceeds that are the subject of this action;

3. That defendants-in-interpleader Glenn Burton, Life Services, Inc. and Sonya Jones take nothing as a result of their claims or potential claims to the life insurance proceeds that are the subject of this action;

4. That the fund deposited with the Clerk of the Court by plaintiff Monumental Life Insurance Company, and all prejudgment interest that has accrued thereon, be distributed to defendant-in-interpleader Terry Butler; and

5. 3. That the action be, and it hereby is, dismissed.

DATED: September 13, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2